

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1 JASON M. FRIERSON
United States Attorney
2 Nevada Bar No. 7709
ALLISON REESE
3 Assistant United States Attorney
Nevada Bar No. 13977
4 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 Tel: (702) 388-6336
Fax: (702) 388-6418
6 Allison.Reese@usdoj.gov
*Attorneys for the United States*

7

FILED.

DATED: 4:54 pm, October 05, 2023

U.S. MAGISTRATE JUDGE

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9 UNITED STATES OF AMERICA,

Case No.: 2:23-mj-00892-DJA

10          Plaintiff,

**APPLICATION TO SEAL**

11      vs.

12 JAMES MARCUS KELLEY, and

13 DARYL CATRELL CALDWELL, JR.,

14          Defendants.

15

16      COMES NOW the United States of America, by and through Jason M. Frierson, United

17 States Attorney, and Allison Reese, Assistant United States Attorney, respectfully moves this

18 Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing

19 Order, in the above-captioned matter, until such time as this Honorable Court, or another Court

20 of competent jurisdiction, shall order otherwise.

21      In this case, an order sealing the Complaint would be appropriate because the attached

22 Complaint relates to an ongoing criminal investigation into violations of Title 18, United States

23 Code, Sections 922(a)(6), 924(a)(2), and 2 – Illegal Acquisition of a Firearm; that is neither public

24 nor known to all of the targets of the investigation, and its disclosure may alert the targets to the

1

1  ongoing investigation. Accordingly, there is reason to believe that the disclosure of the

2  information contained within the Complaint will jeopardize the investigation, including by

3  giving the targets an opportunity to flee or continue flight from prosecution or change patterns of

4  behavior.

5      The Government further submits that it is necessary for the Complaint to be sealed in light

6  of the fact that the targets of this investigation utilize digital devices to conduct their illegal

7  activities. If the targets became aware of the investigation, they could delete and destroy evidence,

8  including but not limited to text messages, photographs, and social media account information

9  or messages received and sent over those platforms. Additionally, the Affidavit references the

10 targets illegal possession of multiple firearms and if alerted to the investigation they may try to

11 hide, dispose of, or destroy of the firearms and related paraphernalia such as ammunition or

12 magazines. Accordingly, there is reason to believe that notification of the existence of complaint

13 will seriously jeopardize the investigation, as noted previously, and would likely place law

14 enforcement at higher risk of confrontation when securing the arrest of the targets.

15      DATED:  October 5, 2023.

16                                  Respectfully submitted,

17                                  JASON M. FRIERSON
                                    United States Attorney
18

19                                  *Allison Reese*

20                                  ALLISON REESE
                                    Assistant United States Attorney
21

22

23

24

2

FILED.

DATED: 4:54 pm, October 05, 2023

U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-00892-DJA |
| Plaintiff, | **ORDER TO SEAL** |
| vs. | |
| JAMES MARCUS KELLEY, and | |
| DARYL CATRELL CALDWELL, JR., | |
| Defendants. | |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 5th day of October, 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE